IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 95-21024
Conference Calendar

_____

FREDERICK LEE KNOTTS,

Plaintiff-Appellant,

versus

DR. ADAMS; DR. TRAN; JERRY R. PETERSON, Warden,

Defendants-Appellees.

- - - - - - - - - -
Appeal from the United States District Court
for the Southern District of Texas
USDC No. H-94-CV-1452
- - - - - - - - - -
August 21, 1996
Before KING, DUHÉ, and DeMOSS, Circuit Judges.

PER CURIAM:[*]

Frederick Lee Knotts (#285051) appeals the dismissal of his civil rights complaint as frivolous. Knotts contends that the district court should have appointed counsel and that the district court abused its discretion in dismissing the complaint as frivolous. Knotts did not request appointment of counsel in the district court and has not raised a colorable constitutional issue. See Varnado v. Lynaugh, 920 F.2d 320, 321 (5th Cir.

_____

[*] Pursuant to Local Rule 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in Local Rule 47.5.4.

1991).  The district court did not abuse its discretion.  <u>See</u> <u>Denton v. Hernandez</u>,  504 U.S. 25, 32-33 (1992).  Because the appeal is frivolous, it is DISMISSED.  <u>See</u> <u>Howard v. King</u>, 707 F.2d 215, 219-20 (5th Cir. 1983); 5th Cir. R. 42.2.

We caution Knotts that any additional frivolous appeals filed by him will invite the imposition of sanctions.  To avoid sanctions, Knotts is further cautioned to review all pending appeals to ensure that they do not raise arguments that are frivolous.

APPEAL DISMISSED.  SANCTION WARNING ISSUED.